**SEALED**



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

IN THE MATTER OF THE SEIZURE OF
2012 Mercedes Benz c-class,
West Virginia registration 67L918,   CASE NO. 3:21-MJ-00076
VIN: WDDGF8BB9CR199047

MOTION TO SEAL
<u>SEIZURE WARRANT APPLICATION AND AFFIDAVIT</u>

    Comes now the United States of America by Courtney L. Cremeans, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

    1. Order that the Application and Affidavit for a Warrant to Seize Property Subject to Forfeiture, Warrant, and all attachments thereto, be filed under seal until further order of this Court. The reasons why the foregoing documents should be filed under seal include protection of the ongoing covert investigation and the potential impact on parties if unproven criminal allegations are made public:

    2. There are no alternatives to sealing the entire document because unsealing a redacted copy will not be sufficient to protect the integrity of the covert investigation if a redacted copy is unsealed

3. Order that this Motion be sealed.

>Respectfully submitted,
>
>LISA G. JOHNSTON
>Acting United States Attorney
>
>s/Courtney L. Cremeans
>COURTNEY L. CREMEANS
>Assistant United States Attorney
>WV State Bar No. 13386
>845 Fifth Avenue
>Room 209
>Huntington, WV 25701
>Telephone: 304-529-5799
>Fax: 304-529-5545
>E-mail: courtney.cremeans@usdoj.gov